NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Peter Anthony Sullivan
P O Box 56705
Los Angeles California 90056
310-936-8946
No Fax #
No Email Address

FILED
2008 JUN 11 AM 10: 57

ATTORNEYS FOR: Plantiff IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Peter Anthony Sullivan | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 08-3810-CAS (PJWx) |
| v. | |
| Courtney D. Townsend | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff IN PRO PER (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Peter Anthony Sullivan                              Linda J. Cox-Cooper
P O Box 56705                                       2535 Oliver Avenue
Los Angeles California 90056                        Oakland California 94605

6/10/08                                             _[signature]_
Date                                                Sign

                                                    Peter Anthony Sullivan
                                                    Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**
CV-30 (12/03)