FILED

PETER A. SULLIVAN
PO BOX 56075
LOS ANGELES CALIFORNIA 90056

310·936·8946

2008 JUN 11 AM 10:58

MOVING PARTY:   IN PROPRIA PERSONA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV 08-3810 CAS (PJW)

| | |
|---|---|
| COURTNEY D. TOWNSEND ) | CASE NO: _____ |
| ) | |
| ) | CERTIFICATE OF SERVICE OF |
| ) | NOTICE OF REMOVAL OF |
| ) | STATE COURT ACTION: |
| Plaintiff & Respondent, ) | C851229-9 |
| ) | TO THE FEDERAL COURT'S |
| -vs- ) | JURISDICTION PURSUANT TO |
| ) | 28 U.S.C. SECTION 1446 |
| ) | |
| PETER A. SULLIVAN ) | |
| ) | |
| Defendant, and ) | |
| Moving Party. ) | |
| ) | |

I, EDMOUND DAIRE certifies and declares as follows:

1]. I am over the age of 18 years, and not a party to this action.

2]. My address is: 7401 South Crenshaw Blvd. #219 – Los Angeles, CA. 90047

---

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION

Page 1

1  Which is located in the City, County and State where the maling below took place.

2      3].    On June 10th, 2008, I deposited in the United States mail at Los Angeles,

3  California, a copy of the Notice of Removal To Federal Court, dated June10th, 2008. And

4  a copy of which is attached to this Certificate. See also, attached service list.

7       I declare and certify under the penalty of perjury that the foregoing is true

8  and correct.

15  June 10th, 2008

16                                                      Edmound Daire, Declarant

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

24  / / /

25  / / /

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION

Page 2