FILED

2009 JUN 11 AM 11: 02

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COURTNEY D. TOWNSEND**<br><br>PLAINTIFF(S)<br>V.<br>**PETER A. SULLIVAN**<br><br>DEFENDANT(S). | CASE NUMBER<br>**CV08- 3810 CAS (PJWx)**<br><br>**NOTICE TO PARTIES OF ADR PILOT PROGRAM** |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

06/11/08

Date

By: CSAWYER

Deputy Clerk

ADR-8 (12//07)   NOTICE TO PARTIES OF ADR PILOT PROGRAM