Peter A. Sullivan
P.O. Box 56705
LOS ANGELES, CALIFORNIA Near: [90056]
310-936-8946

FILED
2008 JUL 22 PM 2: 57

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Courtney D. Townsend )
)
 Plaintiff & Respondent )
)
-vs- )
)
Peter A. Sullivan )
)
)
 Defendant & Moving Party )

CASE NUMBER: CV08-3810-CAS[PJWx]

REQUEST FOR DEFAULT WITH PREJUDICE

I, Peter A. Sullivan, the moving party in this action am petitioning the Court to enter a Default Judgment against Courtney D. Townsend, in this matter. Courtney D. Townsend was served by 1st Class Mail on June 10th 2008, care of the address of Attorney of Record LINDA J. COX_COOPER, SEE **EXHIBIT 1**. Respondent has had ample time to respond to this matter and has not, I therefore am petitioning the Court to enter and entry of Default with Prejudice in this Matter. I declare under the penalties of perjury under the laws of the state of California, that the statements made herein are true and factual and if called to testify to I am competent to testify to the following.

July 21st, 2008

Peter A. Sullivan *Moving Party*

- 1 -
REQUEST FOR DEFAULT

# EXHIBIT

# 1

FILED

**PETER A. SULLIVAN**
**PO BOX 56075**
**LOS ANGELES CALIFORNIA 90056**
310·936·8946

2008 JUN 11 AM 10:59

BY _____

**MOVING PARTY: IN PROPRIA PERSONA**

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

CV 08 - 3810 - CAS(

| | |
|---|---|
| COURTNEY D. TOWNSEND  )<br>)<br>)<br>)<br>)<br>Plaintiff & Respondent,  )<br>)<br>-vs-  )<br>)<br>)<br>PETER A. SULLIVAN  )<br>)<br>Defendant, and  )<br>Moving Party.  )<br>) | CASE NO: _____<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION:<br>C851229-9<br>TO THE FEDERAL COURT'S JURISDICTION PURSUANT TO 28 U.S.C. SECTION 1446 |

I, EDMOUND DAIRE certifies and declares as follows:

1]. I am over the age of 18 years, and not a party to this action.

2]. My address is: 7401 South Crenshaw Blvd. #219 – Los Angeles, CA. 90047

---

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION

Page 1

Exhibit 1 page 3

1 | Which is located in the City, County and State where the maling below took place.

2 | 3]. On June 10th, 2008, I deposited in the United States mail at Los Angeles, California, a copy of the Notice of Removal To Federal Court, dated June10th, 2008. And a copy of which is attached to this Certificate. See also, attached service list.

I declare and certify under the penalty of perjury that the foregoing is true and correct.

June 10th, 2008

Edmound Daire, Declarant

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION

Page 2

Exhibit 1 page 4