FILED

Peter A.Sullivan
P.O. Box 56705
LOS ANGELES, CALIFORNIA Near: [90056]
310-936-8946

2008 JUL 22 PM 2: 56

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Courtney D. Townsend<br><br>Plaintiff & Respondent<br><br>-vs-<br><br>Peter A. Sullivan<br><br><br>Defendant & Moving Party | **CASE NUMBER:  CV08-3810-CAS[PJWx]**<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I, Kevin Chambers, certify and declare as follows :

1.]    I am over the age of 18 years and not a party to this action.

2.]    My address is: 7442 Sonoma Creek Court, Rancho Cucamonga, CA 91739, which is
located in the city, county and state where the mailing below took place.

3.]    On June 12th, 2008 I served the following documents: NOTICE OF APPLICATION
FOR REMOVAL OF STATE COURT ACTION, CERTIFICATE OF SERVICE OF
NOTICE OF REMOVAL OF STATE COURT ACTION, CERTIFICATION AND
NOTICE OF INTERESTED PARTIES AND ADR PILOT PROGRAM
QUESTIONNAIRE by enclosing them in a sealed envelope with the United States

1    Postal Service with the postage fully prepaid.

2    4.]    The envelope was addressed and mailed as follows:

3
        Courtney D. Townsend c/o Linda J. Cox-Cooper
4       2535 Oliver Avenue
        Oakland California 94605

5    5.]    I declare under penalty of perjury under the laws of the State of California that the

6    foregoing is true and correct.

7

8

9    June 12, 2008

        Kevin Chambers, Declarant

10

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28