UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3810 CAS (PJWx) | Date | August 1, 2008 |
|---|---|---|---|
| Title | COURTNEY D. TOWNSEND v. PETER A. SULLIVAN | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present                                                    Not Present

**Proceedings:**   **(In Chambers): ORDER TRANSFERRING THE ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

On June 11, 2008, defendant, appearing *pro se*, filed a notice of removal in this Court, asserting federal question and diversity jurisdiction. Plaintiff did not attach to this notice of removal a complaint, as required under 28 U.S.C. § 1446(a).

From the documents that defendant did attach, however, it appears that this notice of removal pertains to a case, Townsend v. Sullivan, No. C-851229, originally filed in the Alameda County Superior Court. The Alameda County Superior Court is within the jurisdiction of the United States District Court for the Northern District of California. 28 U.S.C. § 84(a). Thus, a state court action cannot be removed from the Alameda County Superior Court to the United States District Court for the Central District of California. 28 U.S.C. § 1446(a). Accordingly, the Court hereby transfers this action to the United States District Court for the Norther District of California.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |

Case 4:08-cv-03745-SBA   Document 9-2   Filed 08/01/2008   Page 1 of 1



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court
_____ District of _____
_____
_____

**Re:**   Transfer of our Civil Case No. _____
         Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____
     _____

                                  Very truly yours,

                                  Clerk, U.S. District Court

Date: _____     By _____
                                        Deputy Clerk

*cc:*   *All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov     (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov     (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case Number: _____

                                  Clerk, U.S. District Court

Date: _____     By _____
                                        Deputy Clerk

CV-22 (05/08)                    **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**