(PJWx), CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08–cv–03810–CAS–PJW

Courtney D. Townsend v. Peter A. Sullivan
Assigned to: Judge Christina A. Snyder
Referred to: Magistrate Judge Patrick J. Walsh
Case in other court: Superior Court of CA for the County of Alameda, C–851229–9
Cause: 28:1441 Notice of Removal – Civil Rights Act

Date Filed: 06/11/2008
Date Terminated: 08/01/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Courtney D. Townsend**        represented by   **Linda J Cox–Cooper**
P O Box 4829
2535 Oliver Avenue
Oakland, CA 94605
510–451–0539
Fax: 510–225–2924
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Peter A. Sullivan**        represented by   **Peter A. Sullivan**
3612 Arlington Avenue
P O Box 56705
Los Angeles, CA 90056
310–936–8946
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2008 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Alameda, case number C–851229 with CONFORMED FILED copy of summons and complaint. Case assigned to Judge Christina A. Snyder, Discovery to Magistrate Judge Patrick J. Walsh. (Filing fee $ 350 PAID.), filed by Defendant Peter A. Sullivan. (et) (Entered: 06/12/2008) |
| 06/11/2008 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Peter A. Sullivan. (et) (Entered: 06/12/2008) |
| 06/11/2008 | 3 | CERTIFICATE OF SERVICE filed by Defendant Peter A. Sullivan, re Notice of Removal 1 served on 6/10/2008. (et) (Entered: 06/12/2008) |
| 06/11/2008 | 4 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 06/12/2008) |
| 06/30/2008 | 5 | NOTICE TO COUNSEL by Judge Christina A. Snyder: This case has been assigned to the calendar of Judge Christina A. Snyder. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. See |

| | | |
|---|---|---|
| | | document for details. (gk) (Entered: 06/30/2008) |
| 07/22/2008 | 6 | REQUEST for Default with Prejudice, against Plaintiff and Respondent Courtney D. Townsend, filed by Defendant Peter A. Sullivan. (gk) (Entered: 07/23/2008) |
| 07/22/2008 | 7 | CERTIFICATE OF SERVICE filed by Defendant Peter A. Sullivan re Notice of Application for Removal of State Court Action 1 , Certificate of Service of Notice of Removal of State Court Action 3 , Certification and Notice of Interested Parties 2 , and ADR Pilot Program Questionnaire, served on 6/12/2008. (gk) (Entered: 07/23/2008) |
| 07/24/2008 | 8 | NOTICE OF DEFICIENCY Re: Request for Default with Prejudice against Plaintiff and Respondent Courtney D. Townsend 6 . The Clerk cannot enter the requested relief as: Defendant is requesting default on an action he removed from Superior Court. Defendant has not filed an answer, nor a counterclaim against the Plaintiff. A Request for Default is thus improper. (gk) (Entered: 07/24/2008) |
| 08/01/2008 | 9 | MINUTES (IN CHAMBERS) by Judge Christina A. Snyder: From the documents that defendant attached to the notice of removal, it appears that this notice of removal pertains to a case, Townsend v. Sullivan, No. C−851229, originally filed in the Alameda County Superior Court. The Alameda County Superior Court is within the jurisdiction of the United States District Court for the Northern District of California. A state court action cannot be removed from the Alameda County Superior Court to the United States District Court for the Central District of California. Accordingly, the Court hereby transfers this action to the United States District Court for the Northern District of California. Original file, certified copy of the transfer order and docket sheet sent. (MD JS−6. Case Terminated.) (Attachments: # 1 CV−22 Transmittal Letter) (gk) (Entered: 08/04/2008) |