IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY D. TOWNSEND. | No. C 08-3828 MEJ |
| Plaintiff(s), | **ORDER VACATING OSC** |
| v. | **ORDER OF REFERRAL** |
| PETER A. SULLIVAN, | |
| Defendant(s). | |

On December 1, 2008, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. (Dkt. #3.) The Court is now in receipt of Plaintiff's Declaration in response, filed December 10, 2008. (Dkt. #4.) As it appears that there are two identical cases that were transferred to this Court from the Central District, the Court hereby VACATES the December 18, 2008 Order to Show Cause hearing.

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Saundra Armstrong for the purpose of considering whether it is related to the following case: C 08-3745 SBA, *Courtney D. Townsend v. Peter A. Sullivan*.

**IT IS SO ORDERED.**

Dated: December 10, 2008

MARIA-ELENA JAMES
United States Magistrate Judge